# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153182(53)

KALI PUNG,
          Plaintiff-Appellant,

v                                                    SC:  153182
                                                     COA:  327793
BLUE CROSS BLUE SHIELD,                              Gratiot CC:  14-011947-CK
          Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of Michael W. Pung to participate as amicus curiae and file an amicus brief is GRANTED.  The amicus brief submitted on April 1, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2016

                                                     Clerk